Filed: 3/16/2022 2:01 PM
Cler.
Kosciusko County, Indian.

Kosciusko Circuit Court

| STATE OF INDIANA | ) | IN THE KOSCIUSKO SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF KOSCIUSKO | ) | CAUSE NO._____ |

43C01-2203-CT-000010

KEITH BUSCH,          )
                     )
        Plaintiff,   )
                     )
v.                   )
                     )
PATRICK INDUSTRIES, INC. d/b/a )
A1A COUNTERTOPS      )
                     )
        Defendant.   )

## COMPLAINT

Plaintiff allege against Defendant that:

1. Plaintiff are Keith A Busch, who filed a Charge of Discrimination with the Equal Employment Opportunity Commission, No. 470-2021-02783, on or about June 30, 2021, a copy of which is attached hereto and made a part hereof as Exhibit "A". Also attached in the Notice of Right to sue (Exhibit "B"). This Complaint has been filed within 90 days after receipt thereof.

2. Defendant Patrick Industries, Inc, is a corporation authorized to do business in the state of Indiana and does so at 203 South Huntington Street, Syracuse, IN 46567. The principal address for Defendant is 107 West Franklin Street, Elkhart, IN 46516. The Resident Agent for Defendant is C T Corporation System 334 North Senate Avenue, Indianapolis, IN 46204.

3. Plaintiff is an African American / black individual who claims, pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C § 2000e, that he was subjected to racial discrimination, racial harassment, and was otherwise discriminated against and

–1–

retaliated against in violation of Title VII and 42 U.S.C. § 1981 for the reasons, and upon the grounds, set forth in the Charge of Discrimination No. 470-2021-02783, attached hereto and made a part hereof the Exhibit "A".

4. Plaintiff contends that he was discriminated against, harassed, and retaliated against because of his race and color (African American / black) with respect to the terms, conditions, benefits, and privileges of employment. Under 42 U.S.C. § 1981, Plaintiff contends that he was entitled to the same contractual benefits of employment (including at-will employment) as Caucasians, but that his rights under § 1981 were violated because of his race and color. Plaintiff was called "Nigger" on at least three occasions, and after complaining about the racial harassment, Plaintiff was soon thereafter terminated out of retaliation for objecting to and opposing racial mistreatment and complaining about a racially hostile work environment.

5. Plaintiff alleges that he was terminated and retaliated against for the additional reason of suffering a Workers Compensation accident (cutting his right index finger in a saw on or about February 26, 2021), and then requesting and obtaining Workers Compensation Benefits, including payment for his medical care. Within approximately three weeks thereafter, was still undergoing medical care for his work-related injury, Plaintiff was terminated on or about March 16, 2021 out of retaliation for getting hurt on the job and requesting his statutorily - protected Workers Compensation Benefits.

6. As a result of the discrimination and retaliation in a racially hostile work environment set forth above, Plaintiff was damaged and injured and suffered from a loss of job and

—2—

job-related benefits including income, emotional distress, humiliation, embarrassment, financial distress, inconvenience, and other damages and injuries.

7. Defendant acted intentionally and in reckless disregard of Plaintiff's rights under Title VII, § 1981, and the Tort laws of the state of Indiana warranting an imposition of punitive damages.

WHEREFORE, Plaintiff prays for judgment against the Defendant, for compensatory damages, punitive damages, back pay, front pay, other pecuniary damages, reasonable attorney's fees and costs, and for all other just and proper relief in the premises.

## JURY DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

MYERS SMITH WALLACE, LLP

/s/Christopher C. Myers
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone:   (260) 424-0600
Facsimile:   (260) 424-0712
E-mail:      cmyers@myers-law.com
*Counsel for Plaintiff*

# Equal Employment Opportunity Commission

**Indianapolis District Office**
**CHARGE OF DISCRIMINATION**
**RECEIVED 06/30/2021**

EEOC Form 5 (11/09)

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | ☐ FEPA | |
| | ☒ EEOC | 470-2021-02783 |

**Equal Employment Opportunity Commission** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Keith A. Busch | (574) 549-0711 | [redacted] |

| Street Address | City, State and ZIP Code |
|---|---|
| 653 Walter Way, Apt. D | Warsaw, IN 46582 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Patrick Industries, Inc., d/b/a AIA Countertops | 25+ | (574) 457-2018 |

| Headquarters: Street Address | City, State and ZIP Code |
|---|---|
| 203 South Huntington Street | Syracuse, IN 46567 |

| Principal: Street Address | City, State and ZIP Code |
|---|---|
| 107 West Franklin Street | Elkhart, IN 46516 |

**DISCRIMINATION BASED ON** *(Check appropriate box(es).)*

☒ RACE — African American
☒ COLOR — Black
☐ SEX
☐ RELIGION
☐ NATIONAL ORIGIN
☒ RETALIATION
☐ AGE
☐ DISABILITY
☐ GENETIC INFORMATION
☒ OTHER (specify) Race/42 U.S.C. § 1981

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: March 2021
Latest: March 16, 2021

☒ CONTINUING ACTION

**THE PARTICULARS ARE** *(If additional paper is needed, attach extra sheet(s)):*

I. The Complainant is Keith A. Busch is a Black/African American man who worked for Respondent Patrick Industries, Inc., d/b/a AIA Countertops from about December 15, 2020 to about March 16, 2021 at which time he was terminated out of retaliation for complaining about being called "Nigger" at least three (3) times during the same incident, and for getting hurt on the job and requesting benefits under the Indiana Worker's Compensation Act in the form of medical care and being terminated approximately three (3) weeks thereafter.

II. The Respondent is Patrick Industries, Inc., d/b/a AIA Countertops and is headquartered at 203 South Huntington Street, Syracuse, Indiana 46567 and its principal address is 107 West Franklin Street, Elkhart, Indiana 46516. Its registered agent is C T Corporation System, 334 North Senate Avenue, Indianapolis, Indiana 46204.

III. The Complainant charges that Respondent violated his rights under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* ("Title VII") and 42 U.S.C. § 1981. Complainant experienced a racially hostile work environment in that he was called "Nigger" on at least three (3) occasions after which he complained to management about the racial harassment. Within a couple of weeks, Respondent fired the Complainant out of retaliation for Complainant complaining about racial mistreatment and a racially hostile work environment.

**EXHIBIT A**

Continued on Page 2

01:25:09 p.m. 06-30-2021    6                                                         FAX No.                        P. 006
JUN/30/2021/WED 02:11 PM

Equal Employment Opportunity Commission
Indianapolis District Office
RECEIVED 06/30/2021

IV. Complainant was deprived of the same contractual benefits of employment as were afforded Caucasians/white individuals. Respondent is liable to the Complainant under § 1981 for the racial mistreatment and for not preventing the racially hostile work environment and for otherwise depriving Complainant of the same contractual terms and benefits of employment as Caucasians, as well as for retaliating against the Complainant for attempting to report unlawful racial mistreatment under both Title VII and § 1981.

V. Respondent terminated the Complainant out of racial hatred as well as out of retaliation for Complainant reporting the racial mistreatment.

VI. As a direct and proximate result of the discrimination and harassment based on race and color, Complainant lost his job and job-related benefits including income. Complainant was also discharged because he cut his right index finger in a serious saw accident on or about February 26, 2021 and he requested and obtained Worker's Compensation Benefits, including the payment of his medical care. Within about three (3) weeks of the accident and while still undergoing medical care for his work-related injury, Respondent terminated Complaint on or about March 16, 2021, out of retaliation for Complainant getting hurt on the job and requesting statutorily-protected Worker's Compensation Benefits.

VII. The loss of Complainant's job as a result of the discrimination, hostile work environment, and retaliatory conduct by Respondent, caused Complainant to suffer backpay, front pay, emotional distress, mental anguish, inconvenience, humiliation, embarrassment, and other damages and injuries. Respondent acted intentionally and in reckless disregard of Complainant's federally protected civil rights and his rights under Indiana tort law to be free from retaliatory discharge. Complainant seeks compensatory damages and punitive damages.

I declare under penalty of perjury that the above is true and correct.

6-30-2021
Date        Charge Party Signature

NOTARY (When necessary, for State and Local Agency Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN BEFORE ME THIS DATE
(month, day, year)
6-30-2021

LORI KAY KOLB
Seal
Notary Public - State of Indiana
Allen County
My Commission Expires Dec 20, 2024

EEOC Form 161 (11/2020)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

43C01-2203-CT-000010

Filed: 3/16/2022 2:01 PM
Cler.
Kosciusko County, Indian:

## DISMISSAL AND NOTICE OF RIGHTS

Kosciusko Circuit Court

To: **Keith Busch**
653 Walter Way
Warsaw, IN 46582

From: Indianapolis District Office
101 West Ohio Street, Suite 1900
Indianapolis, IN 46204

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 470-2021-02783 | Frederick J. BruBaker, Enforcement Supervisor | (463) 999-1148 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

**- NOTICE OF SUIT RIGHTS -**
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

12/16/2021

*Michelle Eisele*

Enclosures(s)

Michelle Eisele,
District Director

(Date Issued)

EXHIBIT
B

